UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MELITON CORDERO,**<br><br>Defendant. | 26-MJ-<br><br>UNDER SEAL |

**GOVERNMENT'S MOTION TO SEAL
CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT, AND
RELATED DOCUMENTS, AND MEMORANDUM IN SUPPORT THEREOF**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court for an Order directing that the Criminal Complaint, Affidavit in support thereof, and related documents, and this Motion and the Court's Order sealing the aforesaid documents be placed under seal until further order of the Court. In support of this motion, the United States represents the following:

1. The sealing of this matter, at this time, is necessitated by the government's confidential criminal investigation into the defendant and others. Immediate public disclosure of the complaint, supporting affidavit, and related documents would alert the subject of the investigation about the details of the investigation, which could result in the subject and others destroying and/or tampering with evidence.

2. Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest that justify the sealing of the affidavit and related documents until the defendant is arrested. *See Washington Post v. Robinson*, 935 F.2d 282, 287-89 (D.C. Cir. 1991).

WHEREFORE, the government respectfully requests that this motion be granted.

                Respectfully submitted,

                JEANINE F. PIRRO
                United States Attorney

By:    */s/ Kondi J. Kleinman*
        Kondi Kleinman
        California Bar No. 241277
        Assistant United States Attorney
        Fraud, Public Corruption & Civil Rights Section
        601 D Street, N.W. | Washington, D.C. 20001
        (202) 252-6887 | Kondi.kleinman2@usdoj.gov

Case 1:26-mj-00032-GMH   Document 3   Filed 02/12/26   Page 2 of 2