## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. G. Michael Harvey |
| | : | |
| v. | : | 1:26-mj-00032 |
| | : | |
| MELITON CORDERO | : | |

## MOTION FOR CONTINUANCE OF PRELIMINARY HEARING AND TO CONITNUE TOLLING SPEEDY TRIAL AND PRELIMINAY HEARING CLOCK

MR. MELITON CORDERO, through his attorney, Eugene Ohm, respectfully requests that the preliminary hearing deadline, presently set for March 6, 2026, be continued for a period of 30 days, to April 6, 2026. He further agrees to toll the speedy trial and preliminary hearing clocks for that same period. In support of this motion, Mr. Meliton Cordero states the following:

Mr. Meliton Cordero recently retained counsel in this matter. Retained counsel, Mary Carpenito, is presently in the process of securing a sponsor to move for permission to appear pro hac vice. The United States, through Assistant U.S. Attorney Kondi Kleinman and Assistant U.S. Attorney Rebecca Ross, have advised Ms. Carpenito that it has no objection to the relief sought in this Motion. The government, Mr. Cordero and undersigned counsel all understand that Ms. Carpenito is acting as counsel for Mr. Cordero. Undersigned counsel is remaining on this case solely for the purpose of assisting in the filing of this motion and will withdraw from the case once Ms. Carpenito enters her appearance.

The United States has represented to counsel for Mr. Cordero that they are willing to provide pre-indictment discovery in this matter and intend to do so shortly.  Therefore, both the United States and Mr. Meliton Cordero desire additional time to allow for effective preparation, including the defendant receiving and reviewing the pre-indictment discovery from the United States, and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

Mr. Meliton Cordero, through counsel, confirms that he has been advised of and understands that the statute, 18 U.S.C. § 3161, et seq., commonly known as the Speedy Trial Act, provides time limits to insure that a criminal case proceeds to a conclusion without unnecessary delay at any stage, including that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest and this period of delay would be excluded from calculating the 30 day limitation.

Mr. Meliton Cordero acknowledges that this waiver means that the time between the filing of this motion for a continuance and April 6, 2026 will be excluded from the speedy trial time for the reasons previously stated.

The parties respectfully submit that the ends of justice will be served by granting the continuance and the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

WHEREFORE, Mr. Meliton Cordero respectfully requests to continue the preliminary hearing date and to continue tolling the speedy trial and preliminary hearing clocks for a period of 30 days.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500